951 A.2d 266

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**James A. BURKE, Appellant.**

Supreme Court of Pennsylvania.

Submitted March 28, 2008.

Decided July 21, 2008.

Gail Margaret Chiodo, Esq., for James A. Burke.

John T. Adams, Esq., Alisa Rebecca Hobart, Esq., Berks County District Attorney's Office, for Commonwealth of Pennsylvania.

BEFORE: CASTILLE, C.J., and SAYLOR, EAKIN, BAER, TODD and MCCAFFERY, JJ.

### *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of July, 2008, the appeal is dismissed as having been improvidently granted.